(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida<br>Tampa Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oppelt, Joran S.** | Name of Joint Debtor (Spouse)(Last, First, Middle)<br>**Oppelt, Jennifer L.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names)· | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names).<br>**Jennifer Brittain**<br>**Jennifer Williams** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I D No<br>(if more than one, state all)·<br>**6537** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I D. No. (if more than one, state all)<br>**2761** |
| Street Address of Debtor (No. & Street, City, State & Zip Code)<br>**8515  92nd Terrace No.**<br>**Seminole, FL 33777** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code)<br>**8515 - 92nd Terrace No.**<br>**Seminole, FL 33777** |
| County of Residence or of the<br>Principal Place of Business.   **Pinellas** | County of Residence or of the<br>Principal Place of Business   **Pinellas** |
| Mailing Address of Debtor (if different from street address). | Mailing Address of Joint Debtor (if different from street address). |

| Location of Principal Assets of Business Debtor<br>(if different from street address above)· |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business    ☐ Business | ☒ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

| **Statistical/Administrative Information**  (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)                                                                        FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **Joran S. Oppelt, Jennifer L. Oppelt** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed    **NONE** | Case Number. | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor. **NONE** | Case Number | Date Filed: |
| District· | Relationship | Judge. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date    7/6/04

X _____
Signature of Attorney

**David L. Schrader,   0183943**
Printed Name of Attorney for Debtor(s) / Bar No

**Verona Law Group, P.A.**
Firm Name

**7235 First Ave. So.  St. Petersburg, FL 33707**
Address

**(727) 347-7000           (727) 347-7997**
Telephone Number

Date    7/6/04

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   Date  7/6/04
Signature of Attorney for Debtor(s)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C § 110(c).)

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156.

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Tampa Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re    **Joran S. Oppelt**                                        Case No

      **Jennifer L. Oppelt**                                  Chapter    7

                 Debtor(s)

Exhibit "C" to Voluntary Petition

1  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary)

_____

_____

_____

_____

2  With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary)

_____

_____

_____

Form B6
(6/90)

# United States Bankruptcy Court
## Middle District of Florida
## Tampa Division

In re   **Joran S. Oppelt**          **Jennifer L. Oppelt**          Case No

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 110,000.00 | | |
| B - Personal Property | YES | 3 | $ 4,943.45 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 98,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 25,285.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 36,867.31 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,451.14 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,516.00 |
| Total Number of sheets in ALL Schedules | | 16 | | | |
| Total Assets | | | $ 114,943.45 | | |
| Total Liabilities | | | | $ 160,152.75 | |

FORM B6A
(6/90)

In re   **Joran S. Oppelt** _____   **Jennifer L. Oppelt** _____ ,   Case No. _____

          **Debtor**                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead, sinle family residence located at 8515 92nd Terrace North, Seminole, FL 33777 | Fee simple, tenancy by the entireties | J | $ 110,000.00 | $ 98,000.00 |
| | Total ➢ | | $ 110,000.00 | |

(Report also on Summary of Schedules )

FORM B6B
(10/89)

In re   **Joran S. Oppelt**                          **Jennifer L. Oppelt**              Case No.
                  Debtor                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | | **cash** | J | 40.00 |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **Joint checking account, SouthTrust Bank** | J | 83.45 |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **joint checking account, Wachovia Bank** | J | 25.00 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | | **Pinellas County Utilities** | W | 80.00 |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | | **Progress Energy** | H | 200.00 |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | **TV, DVD player, stereo with CD player, 2 computers (1 8yrs old, 1 3 yrs old), couch, chair, coffee table, dining room table with 6 chairs, bed, dresser, 2 night stands, 6 lamps, desk, 2 office chairs, 2 filing cabinets (12 drawer, 1 4 drawer), refrigerator, stove, misc pots, pans, dihes, flatware, and linens** | J | 600.00 |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | | **misc books, pictures, family pictures, wall hangings, CDs, recoreds, tapes** | J | 150.00 |
| 6  Wearing apparel | | **misc man's wearing apparel** | H | 50.00 |
| 6  Wearing apparel | | **misc woman's wearing apparel** | W | 75.00 |
| 7  Furs and jewelry | | **wedding band, watch and misc costume jewelry** | W | 30.00 |
| 7  Furs and jewelry | | **wedding band, watch, ring** | H | 30.00 |
| 8  Firearms and sports, photographic, and other hobby equipment | | **2 35mm cameras, 8mm video camera, misc music equipment includind guitar, amp, speakers, mini keyboard, monitor and microphone** | H | 450.00 |

FORM B6B
(10/89)

In re **Joran S. Oppelt**               **Jennifer L. Oppelt**          **Case No.** _____

              Debtor                                                          (If known)


# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9  Interests in insurance policies   Name insurance company of each policy and itemize surrender or refund value of each | | **$25,000 State Farm Term life insurance** | W | 0.00 |
| 9  Interests in insurance policies   Name insurance company of each policy and itemize surrender or refund value of each | | **$50,000.00 State Farm term life insurance** | H | 0.00 |
| 10  Annuities   Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans   Itemize | X | | | |
| 12  Stock and interests in incorporated and unincorporated businesses   Itemize | X | | | |
| 13  Interests in partnerships or joint ventures   Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15  Accounts receivable | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled   Give particulars | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds   Give particulars | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims   Give estimated value of each | | **2004 Tax refund** | J | unknown |

FORM B6B
(10/89)

In re  **Joran S. Oppelt**　　　　　　　　　**Jennifer L. Oppelt**　　　　,　Case No _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22 Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | | **1994 Ford Aerostar Van (inoperative)** | H | **50.00** |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | | **1999 VW Bettle (rough condition, deffered maintenance includind air conditioning (inop), need brakes and tires)** | W | **3,000.00** |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| 26 Office equipment, furnishings, and supplies | X | | | |
| 27 Machinery, fixtures, equipment and supplies used in business | | **massage table, cushions and  misc linens, lotions** | W | **50.00** |
| 28 Inventory | X | | | |
| 29 Animals | X | | | |
| 30 Crops - growing or harvested   Give particulars | X | | | |
| 31 Farming equipment and implements | X | | | |
| 32 Farm supplies, chemicals, and feed | X | | | |
| 33 Other personal property of any kind not already listed   Itemize | | **vacume, misc hand and garden tools** | J | **30.00** |

　　　　　　　　　　　　　　　　　____2____  continuation sheets attached　　　　Total　>　　　　**$  4,943.45**

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

FORM B6C
(6/90)

In re  **Joran S. Oppelt**          **Jennifer L. Oppelt**          , Case No. _____
              Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U S C  § 522(b)(1)      Exemptions provided in 11 U S C  § 522(d)      Note:  **These exemptions are available only in certain states**

☒ 11 U S C  § 522(b)(2)      Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile
                                                has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the
                                                180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the
                                                extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| $25,000 State Farm Term life insurance | FSA § 222.14 | full value | 0.00 |
| $50,000.00 State Farm term life insurance | FSA § 222.14 | full value | 0.00 |
| 1994 Ford Aerostar Van (inoperative) | FSA § 222.25(1) | 50.00 | 50.00 |
| 1999 VW Bettle (rough condition, deffered maintenance includind air conditioning (inop), need brakes and tires) | FSA § 222.25(1) | 1,950.00 | 3,000.00 |
| 2 35mm cameras, 8mm video camera, misc music equipment includind guitar, amp, speakers, mini keyboard, monitor and microphone | Art. 10 § 4(a)(2), FSA § 222.061 | 450.00 | 450.00 |
| cash | Art. 10 § 4(a)(2), FSA § 222.061 | 40.00 | 40.00 |
| Homestead, sinle family residence located at 8515 92nd Terrace North, Seminole, FL 33777 | Art. 10, §4(a)(1), FSA §§ 222.01, 222.02 | full value | 110,000.00 |
| Joint checking account, SouthTrust Bank | Art. 10 § 4(a)(2), FSA § 222.061 | 83.45 | 83.45 |
| joint checking account, Wachovia Bank | Art. 10 § 4(a)(2), FSA § 222.061 | 25.00 | 25.00 |
| massage table, cushions and misc linens, lotions | Art. 10 § 4(a)(2), FSA § 222.061 | 50.00 | 50.00 |
| misc books, pictures, family pictures, wall hangings, CDs, recoreds, tapes | Art. 10 § 4(a)(2), FSA § 222.061 | 150.00 | 150.00 |
| misc man's wearing apparel | Art. 10 § 4(a)(2), FSA § 222.061 | 50.00 | 50.00 |
| misc woman's wearing apparel | Art. 10 § 4(a)(2), FSA § 222.061 | 75.00 | 75.00 |

FORM B6C
(6/90)

In re  **Joran S. Oppelt**                          **Jennifer L. Oppelt**                          , Case No. _____
                              Debtor                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Pinellas County Utilities** | Art. 10 § 4(a)(2), FSA § 222.061 | 80.00 | 80.00 |
| **Progress Energy** | Art. 10 § 4(a)(2), FSA § 222.061 | 200.00 | 200.00 |
| **TV, DVD player, stereo with CD player, 2 computers (1 8yrs old, 1 3 yrs old), couch, chair, coffee table, dining room table with 6 chairs, bed, dresser, 2 night stands, 6 lamps, desk, 2 office chairs, 2 filing cabinets (12 drawer, 1 4 drawer), refrigerator, stove, misc pots, pans, dihes, flatware, and linens** | Art. 10 § 4(a)(2), FSA § 222.061 | 600.00 | 600.00 |
| **vacume, misc hand and garden tools** | Art. 10 § 4(a)(2), FSA § 222.061 | 30.00 | 30.00 |
| **wedding band, watch and misc costume jewelry** | Art. 10 § 4(a)(2), FSA § 222.061 | 30.00 | 30.00 |
| **wedding band, watch, ring** | Art. 10 § 4(a)(2), FSA § 222.061 | 30.00 | 30.00 |

FORM B6D
(12/03)

In re.   **Joran S. Oppelt**      **Jennifer L. Oppelt**     ,    Case No. _____

            Debtor                                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO   **0053610002** <br> **Ameriquest Mortgage** <br> **P.O. Box 11000** <br> **Santa Clara, CA 92711** | | J | **09/01/2003** <br> Home mortgage (1st) <br> homestead <br><br> VALUE **$110,000.00** | | | | **98,000.00** | **0.00** |

_0_ Continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal ▸ <br> (Total of this page) | | **$98,000.00** |
| Total ▸ <br> (Use only on last page) | | **$98,000.00** |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re  **Joran S. Oppelt**                    **Jennifer L. Oppelt**                    Case No
         Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding
the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in
11 U S C  § 507(a)(3)

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11
U S C  § 507(a)(5)

☐  **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal,
family, or household use, that were not delivered or provided   11 U S C  § 507(a)(6)

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in
11 U S C  § 507(a)(7)

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11
U S C  § 507(a)(8)

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of
an insured depository institution.  11 U S C  § 507(a)(9)

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or
after the date of adjustment

<u>1</u>  Continuation sheets attached

Form B6E - Cont
(12/03)

In re    **Joran S. Oppelt**                        **Jennifer L. Oppelt**                    Case No _____
                    Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO    6104398063243-71<br>**CitiBank Student Loan Corp**<br>**P.O. Box 6615**<br>**The Lakes, NV 88091** | | | **student loans** | | | | 25,285.44 | 25,285.44 |

Sheet no  1  of  1  sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal  ➤
(Total of this page)

| | $25,285.44 |
|---|---|

Total  ➤
(Use only on last page of the completed Schedule E )

| | $25,285 44 |
|---|---|

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  __Joran S. Oppelt_____  __Jennifer L. Oppelt_____, Case No _____
                Debtor                                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO    4366-1630-5717-2880 | | W | | | | | 4,713.44 |
| Bank One Cardmember Service P.O. Box 15153 Wilmington, DE 19886<br><br>Bank One P.O. Box 8650 Wilmington, DE 19899 | | | Visa credit card | | | | |
| ACCOUNT NO    4266-9210-1170-2147 | | W | | | | | 7,034.02 |
| Bank One Cardmember Service P.O. Box 15153 Wilmington DE 19886<br><br>Citi Cards P.O. Box 8119 S. Hackensack, NJ 07606<br><br>Bank One P.O. Box 8650 Wilmington, DE 19899 | | | Sony credit card | | | | |
| ACCOUNT NO    5260-3194-7004-4916 | | H | | | | | 3,016.85 |
| Chase MasterCard P.O. Box 15583 Wilmington, DE 19886<br><br>Chase Mastercard P.O. Box 15650 Wilmington, DE 19886 | | | Credit card | | | | |

_2_  Continuation sheets attached

Subtotal   ➤      **$14,764.31**

Total   ➤

Form B6F - Cont
(12/03)

In re  **Joran S. Oppelt** _____ **Jennifer L. Oppelt** _____ ,  Case No. _____
              Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  **5419-3150-3005-7232**<br><br>**Citi Cards**<br>**P.O. Box 8106**<br>**S. Hackensack, NJ 07606** | | H | Credit card | | | | 1,073.18 |
| ACCOUNT NO  **5424-1808-5066-5735**<br><br>**Citi Cards**<br>**P.O. Box 8117**<br>**S. Hackensack, NJ 07606** | | W | Credit card | | | | 11,115.99 |
| ACCOUNT NO  **608-6011-0112-8073**<br><br>**David's Bridal**<br>**Retail Services**<br>**Dept. 7680**<br>**Carol Stream, IL 60116**<br><br>**Retail Services**<br>**P.O. Box 703**<br>**Wood Dale, IL 60191**<br><br>**Household Bank**<br>**P.O. Box 703**<br>**Wood dale, IL 60191** | | W | Credit card | | | | 308.05 |
| ACCOUNT NO  **6011-0043-9022-5007**<br><br>**Discover Card**<br>**P.O. Box 15251**<br>**Wilmington, DE 19886** | | H | Credit card | | | | 5,357.59 |

Sheet no  1 of  2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➤
(Total of this page)

Total    ➤
(Use only on last page of the completed Schedule F )

| | |
|---|---|
| | **$17,854.81** |
| | |

Form B6F - Cont
(12/03)

In re __Joran S. Oppelt_____ __Jennifer L. Oppelt_____,    Case No. _____
                  Debtor                                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   4559-5394-0503-0085 | | H | | | | | 1,085.28 |
| Providian Processing Svcs. P.O. Box 660548 Dallas, TX 75266  Providian National Bank P.O. Box 660509 Dallas, TX 75266 | | | Visa credit card | | | | |
| ACCOUNT NO   203-6011-0079-4171 | | H | | | | | 1,786.43 |
| Sam Ash Music Retail Services Dept. 7680 Carol Stream, IL 60116  Retail Services P.O. Box 703 Wood Dale, IL 60191  Household Bank P.O. Box 4144 Carol Stream, IL 60197 | | | Credit card | | | | |
| ACCOUNT NO   4352-3783-4782-7210 | | W | | | | | 475.81 |
| Target Retailer's National Bank P.O. Box 1581 Minneapolis, MN 55440 | | | Visa credit card | | | | |
| ACCOUNT NO   39477017 | | W | | | | | 900.67 |
| Wells Fargo Financial P.O. Box 98784 Las Vegas, NV 89193  Wells Fargo Financial 11222 Park Boulevard Seminole, FL 33772 | | | Loan | | | | |

Sheet no  _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)       **$4,248.19**

Total ➤ (Use only on last page of the completed Schedule F )       **$36,867.31**

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re.  **Joran S. Oppelt**                    **Jennifer L. Oppelt**                    Case No. _____

_____Debtor_____                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re. __Joran S. Oppelt_____ __Jennifer L. Oppelt_____ , Case No. _____
                    Debtor                                                                      (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

In re **Joran S. Oppelt, Jennifer L. Oppelt** , Case No _____

Debtor                                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status **married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age Spouse's Age | RELATIONSHIP | | AGE |
| | | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Graphis Artist** | **Dr.'s assistant** |
| Name of Employer | **Total Media, Inc.** | **Healing Touch Oriental Medicine** |
| How long employed | **2 years, approx** | **6 months** |
| Address of Employer | **21947 U.S. Hwy 19 North Clearwater, FL 33765** | |

| Income (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly ) | $ | 1,403.99 | $ | 929.51 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 1,403.99 | $ | 929.51 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a Payroll taxes and social security | $ | 155.09 | $ | 177.28 |
| b Insurance | $ | 0.00 | $ | 0.00 |
| c Union dues | $ | 0.00 | $ | 0.00 |
| d Other (Specify) | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 155.09 | $ | 177.28 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,248.90 | $ | 752.23 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) **message thrapy** | $ | 0.00 | $ | 450.00 |
| TOTAL MONTHLY INCOME | $ | 1,248.90 | $ | 1,202.23 |

TOTAL COMBINED MONTHLY INCOME _____ **$ 2,451.14** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document    **NONE**

Form B6J
(6/90)

In re **Joran S. Oppelt, Jennifer L. Oppelt** _____ , Case No. _____
　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐　Check this box if a joint petition is filed and debtor's spouse maintains a separate household   Complete a separate
　　schedule of expenditures labeled "Spouse"

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 716.00 |
| Are real estate taxes included?　　Yes _____　No ✓ | | | |
| Is property insurance included?　　Yes _____　No ✓ | | | |
| Utilities　Electricity and heating fuel | | $ | 200.00 |
| 　　　　　Water and sewer | | $ | 50.00 |
| 　　　　　Telephone | | $ | 70.00 |
| 　　　　　Other　**cable including internet** | | $ | 70.00 |
| 　　　　　　　　**cell phone-husband** | | $ | 42.00 |
| 　　　　　　　　**cell phone-wife** | | $ | 15.00 |
| 　　　　　　　　**Garbage** | | $ | 21.00 |
| Home maintenance (repairs and upkeep) | | $ | 70.00 |
| Food | | $ | 400.00 |
| Clothing | | $ | 40.00 |
| Laundry and dry cleaning | | $ | 5.00 |
| Medical and dental expenses | | $ | 40.00 |
| Transportation (not including car payments) | | $ | 160.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | | $ | 50.00 |
| Charitable contributions | | $ | 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| 　　　　　Homeowner's or renter's | | $ | 60.00 |
| 　　　　　Life | | $ | 0.00 |
| 　　　　　Health | | $ | 0.00 |
| 　　　　　Auto | | $ | 175.00 |
| 　　　　　Other _____ | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)　**Real estate** | | $ | 85.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
| 　　　　　Auto | | $ | 0.00 |
| 　　　　　Other　**Shapes fitness center** | | $ | 37.00 |
| 　　　　　　　**Student loans** | | $ | 100.00 |
| Alimony, maintenance or support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other　**misc, haircuts and personal grooming** | | $ | 100.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | **2,516.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval

| | | |
|---|---|---|
| A  Total projected monthly income | $ | _____ |
| B  Total projected monthly expenses | $ | _____ |
| C  Excess income (A minus B) | $ | _____ |
| D  Total amount to be paid into plan each _____ | $ | _____ |
| 　　　　　　　　　　　　(interval) | | |

Official Form 6 - Cont
(12/03)

In re **Joran S. Oppelt**                    **Jennifer L. Oppelt**                    ,    Case No
                Debtor                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**16**_____
(Total shown on summary page plus 1 )

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief

Date    **7 / 6 / 0 4**                    Signature _____
                                                    Joran S. Oppelt

Date    **7 / 6 / 04**                    Signature _____
                                                    Jennifer L. Oppelt

                                    [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

Form 7
(12/03)

# UNITED STATES BANKRUPTCY COURT

**Middle District of Florida**
**Tampa Division**

In re   **Joran S. Oppelt**          **Jennifer L. Oppelt**          Case No   _____
        **6537**                      **2761**                        Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced   State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately   (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 15,421.00 | wife's wages | 2002 |
| 14,550.00 | Husband's wages | 2002 |
| 7,225.00 | wife's wages | 2003 |
| 15,048.00 | husband's wages | 2003 |
| 7,849.00 | wife's wages including massage therapy | 2004 thru April |
| 4,875.00 | husband's wages | 2004 thru April |

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 2,550.00 | Husband's music promotion | 2002 |
| 1,075.00 | Wife's massage therapy | 2003 |

## 3. Payments to creditors

None
☐

a   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ameriquest Mortgage**<br>P.O. Box 11000<br>Santa Clara, CA 92711 | **monthly** | **715.00** | **98,000.00** |

b.  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders   (Married debtors filing under chapter 12
or chapter 13 must include payments by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed )

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a   List all suits and administrative proceedings to which the debtor is or was a party within **one year**
immediately preceding the filing of this bankruptcy case   (Married debtors filing under chapter 12 or
chapter 13 must include information concerning either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable
process within **one year** immediately preceding the commencement of this case   (Married debtors
filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Care 1** | **Sept. 2003 thru Jan. 2004** | **$619.99 per month to be paid to creditors** |
| **Verona Law Group, P.A.** **7235 First Ave. So.** **St. Petersburg, FL 33707** | **May and June, 2004** | **$995.00 fees plus costs of $235.00** |

## 10. Other transfers

None
☑

a   List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of
the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments, shares and share accounts held in banks, credit
unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case  (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **101 Fredrica Avenue Clearwater, FL 33756** | **Joran Oppelt** | **1998 thru 4/2002** |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party   Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None    a.    If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses,
☐    and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I D NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Jennifer Oppelt** | **SS NO.** | **8515 92 Terrace North Seminole, FL 33777** | **massage thrapy** | **12/01/2002** |

b    Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U.S.C. § 101

None
☑

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual  and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  7/6/04            Signature of Debtor    Joran S. Oppelt

Date  7/6/04            Signature of Joint Debtor    Jennifer L. Oppelt

Official Form 8
( 12/03)

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Tampa Division

In re   **Joran S. Oppelt**          **Jennifer L. Oppelt**          Case No _____

      **6537**                              **2761**                      Chapter   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2   I intend to do the following with respect to the property of the estate which secures those consumer debts

    a   *Property To Be Surrendered.*

Description of Property                                   Creditor's Name

       **None**

    b   *Property To Be Retained*                            *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) | Other |
|---|---|---|---|---|---|
| 1. homestead | Ameriquest Mortgage | | | X | |

Date  _7 / 6 / 07_

Date  _7 | 6 | 04_

                                        Signature of Debtor

                                        Signature of Joint Debtor

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition  The bankruptcy law is complicated and not easily described  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court  Court employees are prohibited from giving you legal advice

### Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2  Under chapter 7 a trustee takes possession of all your property  You may claim certain of your property as exempt under governing law  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5  Under certain circumstances you may keep property that you have purchased subject to valid security interest  Your attorney can explain the options that are available to you

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings  Usually, the period allowed by the court to repay your debts is three years, but no more than five years  Your plan must be approved by the court before it can take effect

3  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations

### Chapter 11:  Reorganization  ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney

### Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm

I, the debtor, affirm that I have read this notice

7/6/04
_____
Date

7/6/04
_____
Date

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Case Number



# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Tampa Division

In re    **Joran S. Oppelt**          **Jennifer L. Oppelt**          Case No _____

        **6537**                    **2761**                Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 1 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions

Dated    7/6/04                                      Signed _____
                                                              Joran S. Oppelt

Signed _____                      Signed _____
        **David L. Schrader**                              Jennifer L. Oppelt

        Bar No    **0183943**

Joran S. Oppelt
8515  92nd Terrace No.
Seminole, FL 33777

Citi Cards
P.O. Box 8117
S. Hackensack, NJ 07606

Retail Services
P.O. Box 703
Wood Dale, IL 60191

Jennifer L. Oppelt
8515 - 92nd Terrace No.
Seminole, FL 33777

Citi Cards
P.O. Box 8106
S. Hackensack, NJ 07606

Sam Ash Music
Retail Services
Dept. 7680
Carol Stream, IL 60116

David L. Schrader
Verona Law Group, P.A.
7235 First Ave. So.
St. Petersburg, FL 33707

Citi Cards
P.O. Box 8119
S. Hackensack, NJ 07606

Target
Retailer's National Bank
P.O. Box 1581
Minneapolis, MN 55440

Ameriquest Mortgage
P.O. Box 11000
Santa Clara, CA 92711

CitiBank Student Loan Co
P.O. Box 6615
The Lakes, NV 88091

Wells Fargo Financial
11222 Park Boulevard
Seminole, FL 33772

Ameriquest Mortgage
P.O. Box 51382
Los Angelis, CA 90051

David's Bridal
Retail Services
Dept. 7680
Carol Stream, IL 60116

Wells Fargo Financial
P.O. Box 98784
Las Vegas, NV 89193

Bank One
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886

Discover Card
P.O. Box 15251
Wilmington, DE 19886

Bank One
P.O. Box 8650
Wilmington, DE 19899

Household Bank
P.O. Box 4144
Carol Stream, IL 60197

Bank One
P.O. Box 8650
Wilmington, DE 19899

Household Bank
P.O. Box 703
Wood dale, IL 60191

Bank One
Cardmember Service
P.O. Box 15153
Wilmington DE 19886

Retail Services
P.O. Box 703
Wood Dale, IL 60191

Chase MasterCard
P.O. Box 15583
Wilmington, DE 19886

Providian National Bank
P.O. Box 660509
Dallas, TX 75266

Chase Mastercard
P.O. Box 15650
Wilmington, DE 19886

Providian Processing Svc
P.O. Box 660548
Dallas, TX 75266

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Tampa Division

In re     **Joran S. Oppelt**           **Jennifer L. Oppelt**      Case No _____

                                                           Chapter     **7**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1  Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 995.00 |
| Prior to the filing of this statement I have received | $ | 995.00 |
| Balance Due | $ | 0.00 |

2  The source of compensation paid to me was

    ☑ Debtor               ☐ Other (specify)

3  The source of compensation to be paid to me is

    ☐ Debtor               ☐ Other (specify)

4  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached

5  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy,

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required,

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof,

    d)   [Other provisions as needed]

          **$250.00 per hour for adversary or contested matters**

6  By agreement with the debtor(s) the above disclosed fee does not include the following services

    **Adversary and contested matters**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated   _7/6/04_

                                   **David L. Schrader, Bar No. 0183943**

                                   **Verona Law Group, P.A.**
                                   Attorney for Debtor(s)