**[87fd]** [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                            Case No. 8:04−bk−13680−TEB
                                                                                                     Chapter 7

Joran S. Oppelt
8515 92nd Terrace No.
Seminole, FL 33777

Jennifer L. Oppelt
aka Jennifer Brittain
aka Jennifer Williams
8515 92nd Terrace No.
Seminole, FL 33777

_____Debtor(s)_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

    − Carolyn R Chaney is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

    − the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on October 6, 2004 .

                                                                        Thomas E. Baynes Jr.
                                                                       United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.